**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

OCT 4 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE LUIS RODRIGUEZ VELAZQUEZ, | No. 15-70794 |
| Petitioner, | Agency No. A201-237-528 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 26, 2017**

Before:  SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

Jose Luis Rodriguez Velazquez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for withholding of removal.

We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\**       The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

the agency's factual findings, *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th

Cir. 2006), and we deny the petition for review.

Substantial evidence supports the agency's determination that Velazquez

failed to establish a nexus between the harm he suffered and fears and a protected

ground. *See Zetino v. Holder*, 622 F.3d 1007, 1016 (9th Cir. 2010) (desire to be

free from harassment or random violence has no nexus to a protected ground).

We lack jurisdiction to review any social group that Velazquez articulates

for the first time on appeal. *See Barron v. Ashcroft*, 358 F.3d 674, 677-78 (9th Cir.

2004).

**PETITION FOR REVIEW DENIED.**